IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JIMMY A. GAULT, | } |
|     Plaintiff, | } |
| v. | } |
| | } CASE NO. CV 04-B-0981-NE |
| AVNET, INC., | } |
|     Defendant. | } |

### ORDER

This case is **SET** for a 16(b) scheduling conference at **10:30 a.m.** on **Thursday, August 12, 2004.** The conference will be conducted by way of a <u>telephone call</u> which will be initiated by the court. The parties are **DIRECTED** to follow the attached instructions regarding scheduling conferences. **The parties <u>should not</u> delay discovery pending the 16(b) scheduling conference.**

DONE this __28th__ day of July, 2004.

_____
SHARON LOVELACE BLACKBURN
United States District Judge



## INSTRUCTIONS FOR 16(b) SCHEDULING CONFERENCES

1. **Report of the Parties: For cases in which a Report of the Parties has not been filed, counsel are reminded that a Report must be filed at least 4 days before the date of the conference.** See FED. R. CIV. P. 26(f).

2. **Attendance: At least one counsel of record must participate in the conference.** Counsel or unrepresented persons who live greater than 60 miles distance from Birmingham may participate by telephone if they contact the court's assistant, Stephanie Braswell (205/278-1810), **before** the date of the conference.

3. **Preparation:** Counsel should be prepared to assist the court in developing a timetable for completion of discovery, filing of dispositive motions, joinder of additional parties or causes of action, and other matters appropriate in the circumstances of the case, as provided in FED. R. CIV. P. 16(b). Counsel should also be prepared to provide the court with a rough estimate of the date on or after which the case will be ready for trial and the anticipated length of trial. Furthermore, the court may consider and take action with respect to some of the procedural matters listed in FED. R. CIV. P. 16(c). For example, counsel should be prepared to assess the likelihood of settlement, the advisability of referring matters to a magistrate, and the need for adoption of any special procedures to manage complex legal issues, multiple parties, difficult legal questions, or unusual proof problems.