IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED

04 SEP -9 AM 10: 43

ALABAMA

| | | |
|---|---|---|
| JIMMY A. GAULT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. CV 04-B-0981-NE |
| | ) | |
| AVNET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Jimmy A. Gault, *pro se*, and the Defendant, Avnet,

Inc., by and through its counsel of record, and hereby stipulate to the dismissal with

prejudice of the above-styled action with each party to bear his or its own fees and costs.

Respectfully submitted this the _9TH_ day of September, 2004.

Jimmy A. Gault
*Pro se Plaintiff*
5 Boomer Lane
Fayetteville, TN  37334

Warne S. Heath
Jonathan A. Hardage
BRADLEY ARANT ROSE & WHITE LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801
Attorneys for Defendant

